

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00390-CV

_____

IN RE FLYPSI, INC., Relator

_____

Original Proceeding
352nd District Court of Tarrant County, Texas
Trial Court No. 352-343813-23

_____

Before Womack, Birdwell, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered "Relator's Petition for Writ of Mandamus," "Real Party in Interest's Response to Petition for Writ of Mandamus," and "Relator's Reply in Support of Petition for Writ of Mandamus" and is of the opinion that relief should be denied. Accordingly, "Relator's Petition for Writ of Mandamus" is denied.

Per Curiam

Delivered: September 5, 2024